13-2548  David Stebbins v. Legal Aid of Arkansas

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/17/2013

**Case Name:**  David Stebbins v. Legal Aid of Arkansas
**Case Number:**  13-2548

**Docket Text:**
Civil case docketed. [4055676] [13-2548]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. J. David Dixon: ddixon@davis-firm.com
Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Don A. Taylor: dtaylor@davis-firm.com, lkeys@davis-firm.com