# U. S. District Court
# Western District of Arkansas (Harrison)
# CIVIL DOCKET FOR CASE #: 3:11−cv−03057−PKH

| | |
|---|---|
| Stebbins v. Legal Aid of Arkansas | Date Filed: 07/20/2011 |
| Assigned to: Honorable P. K. Holmes, III | Date Terminated: 11/06/2012 |
| Case in other court: 8th Circuit Court of Appeals, 12−03981 | Jury Demand: None |
| Cause: 42:12101 Americans with Disabilities Act of 1990 | Nature of Suit: 446 Civil Rights: Americans with Disabilities − Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**David Stebbins**     represented by     **David Stebbins**
123 W. Ridge St.
Apt. D
Harrison, AR 72601
870−204−6516
PRO SE

V.

**Defendant**

**Legal Aid of Arkansas**     represented by     **J. David Dixon**
Davis, Clark, Butt, Carithers &Taylor, PLC
P.O. Box 1688
19 East Mountain Street
Fayetteville, AR 72702
(479) 521−7600
Fax: (479) 521−7661
Email: ddixon@davis−firm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Don Allen Taylor**
Davis, Wright, Clark, Butt &Carithers, PLC
P.O. Drawer 1688
19 E. Mountain St.
Fayetteville, AR 72702−1688
(479) 521−7600
Fax: (479) 521−7661
Email: dtaylor@davis−firm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/20/2011 | 1 | | |

| | | | |
|---|---|---|---|
| | | | COMPLAINT against Defendant Legal Aid of Arkansas, filed by David Stebbins.(sh) (Entered: 07/20/2011) |
| 07/20/2011 | 2 | | MOTION for Leave to Proceed in forma pauperis by David Stebbins. Motions referred to James R. Marschewski.(sh) (Entered: 07/20/2011) |
| 07/20/2011 | 3 | | MOTION for Service filed by David Stebbins. (sh) (Entered: 07/20/2011) |
| 09/09/2011 | 4 | | NOTICE (USCA) that a PETITION FOR WRIT OF MANDAMUS has been filed as case number 11−2950, in the 8th Circuit Court of Appeals by David Stebbins (Attachments: # 1 USCA Letter)(jn) (Entered: 09/09/2011) |
| 09/12/2011 | 5 | | AMENDED COMPLAINT as to 1 Complaint against Legal Aid of Arkansas, filed by David Stebbins. Related document: 1 Complaint filed by David Stebbins.(sh) (Entered: 09/12/2011) |
| 09/13/2011 | 6 | | ORDER directing Plaintiff to file an amended complaint by September 30, 2011. The amended complaint should state responses to questions, as set out in this order. Signed by Honorable James R. Marschewski on September 13, 2011. (sh) (Entered: 09/13/2011) |
| 09/27/2011 | 7 | | NOTICE of Change of Address for David Stebbins. There are no documents to resend. (sh) (Entered: 09/27/2011) |
| 09/27/2011 | 8 | | AMENDED COMPLAINT as to 1 original Complaint, and 5 first Amended Complaint, filed by David Stebbins.(sh) (Entered: 09/27/2011) |
| 09/29/2011 | 9 | | JUDGMENT/MANDATE (USCA) RE PETITION FOR WRIT OF MANDAMUS denying as to 4 Petition for Writ of Mandamus Notice (USCA) filed by David Stebbins (Attachments: # 1 USCA Judgment)(jn) (Entered: 09/29/2011) |
| 10/06/2011 | 10 | | ORDER DIRECTING SERVICE on Legal Aid of Arkansas and granting 21 days to answer. Signed by Honorable James R. Marschewski on October 6, 2011. (cc: U.S. Marshals Service−Certified).(rw) (Entered: 10/06/2011) |
| 10/06/2011 | | | 1 USM285 Form Delivered to USMS re 10 Order Directing Service. (rw) (Entered: 10/06/2011) |
| 10/13/2011 | 11 | | MOTION to Amend, 1 Complaint and 8 Amended Complaint by David Stebbins. (lw) (Entered: 10/13/2011) |
| 10/13/2011 | | | TEXT ONLY ORDER granting 11 Motion to Amend Complaint. Signed by Honorable Jimm Larry Hendren on October 13, 2011. (kcg) (Entered: 10/13/2011) |
| 10/20/2011 | 12 | | USM/285 – SUMMONS Returned Executed by David Stebbins. Legal Aid of Arkansas served on 10/14/2011, answer due 11/4/2011. (lw) (Entered: 10/20/2011) |
| 11/02/2011 | 13 | | NOTICE of Appearance by J. David Dixon on behalf of Legal Aid of Arkansas. (Dixon, J.) (Entered: 11/02/2011) |
| 11/02/2011 | 14 | | MOTION for Extension of Time to File Answer re 8 Amended Complaint by Legal Aid of Arkansas. (Dixon, J.) (Entered: 11/02/2011) |
| 11/02/2011 | | | TEXT ONLY MEMO OF REASSIGNMENT. Case Reassigned to |

| | | | |
|---|---|---|---|
| | | | Honorable P. K. Holmes, III. Honorable Jimm Larry Hendren no longer assigned to the case. (mfr) (Entered: 11/02/2011) |
| 11/03/2011 | | | TEXT ONLY ORDER granting 14 Motion for Extension of Time to Answer re 8 Amended Complaint. Legal Aid of Arkansas answer due 11/25/2011.Signed by Honorable P. K. Holmes, III on November 3, 2011. (jas) (Entered: 11/03/2011) |
| 11/03/2011 | 15 | | RESPONSE to Defendant's Motion 14 , for Extension of Time to File Answer re 8 Amended Complaint filed by David Stebbins. (sh) (Entered: 11/03/2011) |
| 11/22/2011 | 16 | | ANSWER to 8 Amended Complaint by Legal Aid of Arkansas.(Dixon, J.) (Entered: 11/22/2011) |
| 11/22/2011 | 17 | | INITIAL SCHEDULING ORDER: Rule 26 Meeting Report due by 1/31/2012. Final Scheduling Order issue date 2/20/2012. Bench Trial set for 11/5/2012 at 09:00 AM in Harrison −− 2nd flr (Rm 231) before Honorable P. K. Holmes, III.Signed by Jane Ann Short, Courtroom Deputy for Honorable P. K. Holmes, III on November 22, 2011. Copy of Initial Scheduling Order mailed to pro se plaintiff. (jas) (Entered: 11/22/2011) |
| 11/28/2011 | 18 | | MOTION for Declaratory Relief filed by David Stebbins. (sh) (Entered: 11/28/2011) |
| 12/05/2011 | 19 | | NOTICE of Appearance by Don Allen Taylor on behalf of Legal Aid of Arkansas. (Taylor, Don) (Entered: 12/05/2011) |
| 12/07/2011 | 20 | | RESPONSE to Motion re 18 MOTION for Relief filed by Legal Aid of Arkansas. (Dixon, J.) (Entered: 12/07/2011) |
| 12/07/2011 | 21 | | MEMORANDUM BRIEF in Support of 20 Response to Motion by Legal Aid of Arkansas. (Dixon, J.) (Entered: 12/07/2011) |
| 01/09/2012 | 22 | | NOTICE of Change of Address for David Stebbins. There are no documents to resend. (adw) (Entered: 01/09/2012) |
| 01/09/2012 | 23 | | MOTION to Suspend Proceedings by David Stebbins. (adw) (Entered: 01/09/2012) |
| 01/19/2012 | 24 | | RESPONSE to Motion re 23 MOTION to Stay *Proceedings* filed by Legal Aid of Arkansas. (Dixon, J.) (Entered: 01/19/2012) |
| 01/19/2012 | 25 | | MEMORANDUM BRIEF in Support of 24 Response to Motion *to Suspend Proceedings* by Legal Aid of Arkansas. (Dixon, J.) (Entered: 01/19/2012) |
| 01/24/2012 | | | TEXT ONLY ORDER denying 23 Plaintiff's Motion to Stay or Suspend Proceedings. The Court declines to stay the proceedings as Plaintiff is not prevented from continuing to litigate this action. If Plaintiff wishes to voluntarily non−suit his case he may file a motion under Fed. R. Civ. P. 41(a)(2). Signed by Honorable P. K. Holmes, III on January 24, 2012. (jlg) (Entered: 01/24/2012) |
| 01/24/2012 | | | TEXT ONLY ORDER REFERRING MOTION: 18 MOTION for Declaratory Relief filed by David Stebbins. Signed by Honorable P. K. Holmes, III on January 24, 2012. Motions referred to Honorable James R. Marschewski.(jlg) (Entered: 01/24/2012) |

| | | | |
|---|---|---|---|
| 01/24/2012 | 26 | | REPLY to Response to Motion re 23 MOTION to Stay filed by David Stebbins. (src) (Entered: 01/24/2012) |
| 01/24/2012 | 27 | | MOTION to Appoint Counsel by David Stebbins. (src) (Entered: 01/24/2012) |
| 01/24/2012 | | | TEXT ONLY ORDER REFERRING MOTION: 27 MOTION to Appoint Counsel filed by David Stebbins. Signed by Honorable P. K. Holmes, III on January 24, 2012. Motions referred to Honorable James R. Marschewski.(jlg) (Entered: 01/24/2012) |
| 01/31/2012 | 28 | | REPORT of Rule 26(f) Planning Meeting by Legal Aid of Arkansas. (Dixon, J.) (Entered: 01/31/2012) |
| 01/31/2012 | 29 | | FINAL SCHEDULING ORDER: Bench Trial set for 11/5/2012 at 09:00 AM in Harrison –– 2nd flr (Rm 231) before Honorable P. K. Holmes, III. Signed by Jane Ann Short, Courtroom Deputy for Honorable P. K. Holmes, III on January 31, 2012. Copy of order mailed to non–CM/ECF participant. (jas) (Entered: 01/31/2012) |
| 02/02/2012 | 30 | | CERTIFICATE OF SERVICE regarding service of Discovery by David Stebbins. (adw) (Entered: 02/02/2012) |
| 02/06/2012 | 31 | | ORDER denying 27 Motion to Appoint Counsel; and denying 18 Motion for Declaratory Relief. Signed by Honorable James R. Marschewski on February 6, 2012. (lw) (Entered: 02/06/2012) |
| 02/22/2012 | 32 | | CERTIFICATE OF SERVICE regarding discovery by David Stebbins. (adw) (Entered: 02/22/2012) |
| 02/23/2012 | 33 | | MOTION for default or in the alternative for Sanctions or in the alternative to Compel further cooperation by David Stebbins. (rw) (Entered: 02/23/2012) |
| 02/28/2012 | 34 | | RESPONSE to Motion re 33 MOTION for default MOTION for Sanctions MOTION to Compel filed by Legal Aid of Arkansas. (Attachments: # 1 Exhibit Correspondence to Plaintiff, # 2 Exhibit Initial Disclosures, # 3 Exhibit Letter from Plaintiff)(Dixon, J.) (Entered: 02/28/2012) |
| 02/28/2012 | 35 | | MEMORANDUM BRIEF in Support of 34 Response to Motion, by Legal Aid of Arkansas. (Dixon, J.) (Entered: 02/28/2012) |
| 02/28/2012 | 36 | | SUPPLEMENT by Plaintiff David Stebbins to 33 MOTION for default MOTION for Sanctions MOTION to Compel. (rw) (Entered: 02/28/2012) |
| 03/06/2012 | 37 | | MOTION for Partial Summary Judgment by David Stebbins. (tg) (Entered: 03/06/2012) |
| 03/06/2012 | 38 | | MEMORANDUM BRIEF in Support of 37 MOTION for Partial Summary Judgment by David Stebbins. (sh) (Entered: 03/06/2012) |
| 03/06/2012 | 39 | | STATEMENT OF FACTS in support of 37 MOTION for Partial Summary Judgment by David Stebbins. (sh) (Entered: 03/06/2012) |
| 03/06/2012 | 40 | | SUPPLEMENT to 33 MOTION for default, MOTION for Sanctions MOTION to Compel, filed by David Stebbins. (sh) (Entered: 03/06/2012) |

| | | | |
|---|---|---|---|
| 03/06/2012 | 41 | | REPLY to Response to Motion 34 filed by David Stebbins. (sh) (Entered: 03/06/2012) |
| 03/13/2012 | 42 | | RESPONSE to Motion re 33 MOTION for default MOTION for Sanctions MOTION to Compel filed by Legal Aid of Arkansas. (Attachments: # 1 Exhibit Initial Disclosures of Defendant, # 2 Exhibit Defendant's Responses to Pltf Rogs, # 3 Exhibit Correspondence to Plaintiff)(Dixon, J.) (Entered: 03/13/2012) |
| 03/13/2012 | 43 | | MEMORANDUM BRIEF in Support of 42 Response to Motion, by Legal Aid of Arkansas. (Dixon, J.) (Entered: 03/13/2012) |
| 03/14/2012 | | | MOTIONS REFERRED: 33 MOTION for default MOTION for Sanctions MOTION to Compel, 37 MOTION for Partial Summary Judgment. Motions referred to Honorable James R. Marschewski.(ee) (Entered: 03/14/2012) |
| 03/15/2012 | 44 | | CERTIFICATE OF SERVICE of request for admissions by David Stebbins. (adw) (Entered: 03/15/2012) |
| 03/15/2012 | 45 | | MOTION to Strike 41 Reply *of Plaintiff* by Legal Aid of Arkansas. (Dixon, J.) (Entered: 03/15/2012) |
| 03/15/2012 | 46 | | MEMORANDUM BRIEF in Support of 45 MOTION to Strike 41 Reply *of Plaintiff* by Legal Aid of Arkansas. (Dixon, J.) (Entered: 03/15/2012) |
| 03/20/2012 | | | Mail Returned as Undeliverable marked RTS – No longer here. Mail originally sent to David Stebbins at 5800 Law Drive, Harrison, AR 72601 including 44 Certificate of Service filed by David Stebbins. No New address available. (adw) (Entered: 03/20/2012) |
| 03/20/2012 | 47 | | RESPONSE to Motion re 37 MOTION for Partial Summary Judgment filed by Legal Aid of Arkansas. (Attachments: # 1 Exhibit A – Letter from Legal Aid to Stebbins, # 2 Exhibit B – Letter from Stebbins to Legal Aid, # 3 Exhibit C – Letter from Legal Aid to Stebbins, # 4 Exhibit D – Letter from Stebbins to Legal Aid, # 5 Exhibit E – Plaintiff's Response to Interrogatory, # 6 Exhibit F – Letter from Legal Aid to Stebbins, # 7 Exhibit G – Affidavit of W. Marshall Prettyman)(Dixon, J.) (Entered: 03/20/2012) |
| 03/20/2012 | 48 | | MEMORANDUM BRIEF in Support of 47 Response to Motion,, by Legal Aid of Arkansas. (Dixon, J.) (Entered: 03/20/2012) |
| 03/20/2012 | 49 | | STATEMENT OF FACTS in support of 47 Response to Motion,, by Legal Aid of Arkansas. (Dixon, J.) (Entered: 03/20/2012) |
| 03/23/2012 | 50 | | NOTICE of Change of Address for David Stebbins. new address is 123 W. Ridge St., APT D, Harrison, AR 72601 as provided by the Plaintiff.(sh) (sh). Modified on 3/26/2012 to edit text (rw). (Entered: 03/23/2012) |
| 03/30/2012 | 51 | | REPLY to Response to Motion re 37 MOTION for Partial Summary Judgment filed by David Stebbins. (lw) (Entered: 03/30/2012) |
| 04/03/2012 | 52 | | MOTION for Partial Summary Judgment by Legal Aid of Arkansas. (Attachments: # 1 Exhibit A –Letter from Legal Aid to Stebbins, # 2 Exhibit B – Letter from Stebbins to Legal Aid, # 3 Exhibit C – Letter from Legal Aid to Stebbins, # 4 Exhibit D – Letter from Stebbins to Legal Aid, # 5 Exhibit E – Plaintiff's Response to Defendant's Interrogatory, # 6 Exhibit F – Letter |

| | | | |
|---|---|---|---|
| | | | from Legal Aid to Stebbins, #7 Exhibit G – Affidavit of Marshall Prettyman, #8 Exhibit H – Plaintiff's Response to Defendant's Interrogatory, #9 Exhibit I – Order of Dismissal)(Dixon, J.) (Entered: 04/03/2012) |
| 04/03/2012 | 53 | | MEMORANDUM BRIEF in Support of 52 MOTION for Partial Summary Judgment by Legal Aid of Arkansas. (Dixon, J.) (Entered: 04/03/2012) |
| 04/03/2012 | 54 | | STATEMENT OF FACTS in support of 52 MOTION for Partial Summary Judgment by Legal Aid of Arkansas. (Dixon, J.) (Entered: 04/03/2012) |
| 04/10/2012 | 55 | | MOTION for Protective Order *and Sanctions* by Legal Aid of Arkansas. (Attachments: #1 Exhibit A – Letter from Defendant's counsel to Plaintiff, #2 Exhibit B – Plaintiff's First Set of Rogs and RFP, #3 Exhibit C – Plaintiff's Second Set of Rogs, #4 Exhibit D – Plaintiff's RFA, #5 Exhibit E – Letter from Plaintiff to Defendant's Counsel, #6 Exhibit F – Letter from Plaintiff to Defendant's Counsel, #7 Exhibit G – Letter from Plaintiff to Defendant's Counsel, #8 Exhibit H – Letter from Plaintiff to Defendant's Counsel, #9 Exhibit I – Letter from Defendant's Counsel to Plaintiff, #10 Exhibit J – Letter from Defendant's Counsel to Plaintiff)(Dixon, J.) (Entered: 04/10/2012) |
| 04/10/2012 | 56 | | MEMORANDUM BRIEF in Support of 55 MOTION for Protective Order *and Sanctions* by Legal Aid of Arkansas. (Dixon, J.) (Entered: 04/10/2012) |
| 04/16/2012 | 57 | | RESPONSE to re 55 MOTION for Protective Order *and Sanctions* filed by David Stebbins. (rw) (Entered: 04/16/2012) |
| 04/17/2012 | | | MOTIONS REFERRED: 55 MOTION for Protective Order *and Sanctions*. Motions referred to Honorable James R. Marschewski.(jas) (Entered: 04/17/2012) |
| 04/23/2012 | 58 | | MOTION for Partial Summary Judgment by David Stebbins. (src) (Entered: 04/23/2012) |
| 04/23/2012 | 59 | | MEMORANDUM BRIEF in Support of 58 MOTION for Partial Summary Judgment by David Stebbins. (src) (Entered: 04/23/2012) |
| 04/23/2012 | 60 | | STATEMENT OF FACTS in support of 57 Response to Motion by David Stebbins. (src) (Entered: 04/23/2012) |
| 04/23/2012 | | | MOTIONS REFERRED: 45 MOTION to Strike 41 Reply *of Plaintiff*, 52 MOTION for Partial Summary Judgment, 58 MOTION for Partial Summary Judgment. Motions referred to Honorable James R. Marschewski.(ee) (Entered: 04/23/2012) |
| 04/30/2012 | 61 | | RESPONSE to 52 MOTION for Partial Summary Judgment filed by David Stebbins. (rw) (Entered: 04/30/2012) |
| 04/30/2012 | 62 | | RESPONSE to Motion re 58 MOTION for Partial Summary Judgment filed by Legal Aid of Arkansas. (Attachments: #1 Exhibit A – Plaintiff's RFA, #2 Exhibit B – Court Notice re Change of Address, #3 Exhibit C – Defendant's Responses to Plaintiff's RFA, #4 Exhibit D – Correspondence from Defendant's counsel to Plaintiff, #5 Exhibit E – Letter from Defendant's counsel to Plaintiff)(Dixon, J.) (Entered: 04/30/2012) |
| 04/30/2012 | 63 | | MEMORANDUM BRIEF in Support of 62 Response to Motion, *for Partial* |

| | | | |
|---|---|---|---|
| | | | *Summary Judgment* by Legal Aid of Arkansas. (Dixon, J.) (Entered: 04/30/2012) |
| 04/30/2012 | 64 | | STATEMENT OF FACTS in support of 62 Response to Motion, *for Partial Summary Judgment* by Legal Aid of Arkansas. (Dixon, J.) (Entered: 04/30/2012) |
| 05/02/2012 | 65 | | REPLY to Response to Motion re 52 MOTION for Partial Summary Judgment filed by Legal Aid of Arkansas. (Dixon, J.) (Entered: 05/02/2012) |
| 05/03/2012 | 66 | | REPLY to Response to 58 MOTION for Partial Summary Judgment filed by David Stebbins. (rw) (Entered: 05/03/2012) |
| 07/02/2012 | 67 | | ORDER denying 33 Motion for default, sanctions or to compel; granting 45 Motion to Strike and the reply brief 41 will not be considered and is stricken; granting 55 Motion for Protective Order as set forth. Signed by Honorable James R. Marschewski on July 2, 2012. (rw) (Entered: 07/02/2012) |
| 07/11/2012 | 68 | | MOTION for Sanctions by Legal Aid of Arkansas. (Attachments: # 1 Exhibit A – Notice of Deposition, # 2 Exhibit B – Email Correspondence, # 3 Exhibit C – Deposition Transcript)(Dixon, J.) (Entered: 07/11/2012) |
| 07/11/2012 | 69 | | MEMORANDUM BRIEF in Support of 68 MOTION for Sanctions by Legal Aid of Arkansas. (Dixon, J.) (Entered: 07/11/2012) |
| 07/16/2012 | 70 | | RESPONSE to 68 MOTION for Sanctions and Incorporated Adverse Motion for Sanctions filed by David Stebbins. (Attachments: # 1 Exhibit A – Email dated 7/5/12, # 2 Exhibit B – Yahoo Calendar, # 3 Exhibit C – Second Motion to compel, # 4 Exhibit D – Email Response dated 7/5/12)(rw) (Entered: 07/16/2012) |
| 07/23/2012 | 71 | | MOTION for Protective Order filed by David Stebbins. (sh) (Entered: 07/23/2012) |
| 08/01/2012 | 72 | | NOTICE of Change of Address for David Stebbins. There are no documents to resend. (src) (Entered: 08/01/2012) |
| 09/06/2012 | 73 | | MOTION for Partial Summary Judgment by Legal Aid of Arkansas. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Dixon, J.) (Entered: 09/06/2012) |
| 09/06/2012 | 74 | | MEMORANDUM BRIEF in Support of 73 MOTION for Partial Summary Judgment by Legal Aid of Arkansas. (Dixon, J.) (Entered: 09/06/2012) |
| 09/06/2012 | 75 | | STATEMENT OF FACTS in support of 73 MOTION for Partial Summary Judgment by Legal Aid of Arkansas. (Dixon, J.) (Entered: 09/06/2012) |
| 09/10/2012 | 76 | | ORDER denying defendant's 68 Motion for Sanctions as set forth; denying plaintiff's 71 Motion for Protective Order; further the District Court Clerk is directed to send a copy of this Order to the Sheriff Danny Hickman, Boone County Jail, 5800 Law Drive, Harrison, AR 72601; further Order should sent to the Sheriff by certified mail with return receipt requested and plaintiff shall be allowed to have his legal materials relating to this case in his possession during the deposition. Signed by Honorable James R. Marschewski on September 10, 2012. (rw) (Entered: 09/10/2012 |

| 09/10/2012 | 77 | | REPORT AND RECOMMENDATIONS re 52 MOTION for Partial Summary Judgment filed by Legal Aid of Arkansas, 37 MOTION for Partial Summary Judgment filed by David Stebbins, 58 MOTION for Partial Summary Judgment filed by David Stebbins. Objections to RRdue by 9/27/2012. Signed by Honorable James R. Marschewski on September 10, 2012. (lw) (Entered: 09/10/2012) |
|---|---|---|---|
| 09/12/2012 | 78 | | Remark: Certified Receipt Returned executed on 9/11/12 as to Sheriff Danny Hickman re 76 Order. (rw) (Entered: 09/12/2012) |
| 09/13/2012 | 79 | | OBJECTION to 77 Report and Recommendations by David Stebbins. (sh) (Entered: 09/13/2012) |
| 09/14/2012 | 80 | | OBJECTION to 77 Report and Recommendations by Legal Aid of Arkansas. (Dixon, J.) (Entered: 09/14/2012) |
| 09/18/2012 | 81 | | NOTICE of Change of Address for David Stebbins. There are no documents to resend. (adw) (Entered: 09/18/2012) |
| 10/15/2012 | 82 | | PRETRIAL DISCLOSURE SHEET by Legal Aid of Arkansas. (Dixon, J.) (Entered: 10/15/2012) |
| 10/17/2012 | 83 | | MOTION of Non−Suit by David Stebbins. (lw) (Entered: 10/17/2012) |
| 10/25/2012 | 84 | | MOTION for Extension of Time to File *Trial Brief* by Legal Aid of Arkansas. (Dixon, J.) (Entered: 10/25/2012) |
| 10/26/2012 | | | TEXT ONLY ORDER granting 84 Motion for Extension of Time to File Trial Brief. Further, this case will be removed from the Court's trial docket for November 5, 2012. The case will be reset for trial, if necessary, upon resolution of the currently−pending motions. Signed by Honorable P. K. Holmes, III on October 26, 2012. (jlg) (Entered: 10/26/2012) |
| 10/26/2012 | | | TEXT ONLY ORDER canceling bench trial set for 11/5/2012. Signed by Honorable P. K. Holmes, III on October 26, 2012. (jas) (Entered: 10/26/2012) |
| 10/31/2012 | 85 | | RESPONSE in Opposition re 83 MOTION to Dismiss filed by Legal Aid of Arkansas. (Attachments: # 1 Exhibit A − Richardson Affidavit, # 2 Exhibit B − Davis Affidavit)(Dixon, J.) (Entered: 10/31/2012) |
| 10/31/2012 | 86 | | MEMORANDUM BRIEF in Support of 85 Response in Opposition to Motion by Legal Aid of Arkansas. (Dixon, J.) (Entered: 10/31/2012) |
| 11/02/2012 | 87 | | REPLY to Response to Motion re 83 MOTION to Dismiss filed by David Stebbins. (jn) (Entered: 11/02/2012) |
| 11/06/2012 | 88 | | ORDER ADOPTING 77 Report and Recommendations, as set forth. Signed by Honorable P. K. Holmes, III on November 6, 2012. (rw) (Entered: 11/06/2012) |
| 11/06/2012 | 89 | | JUDGMENT adopting the Magistrate's 77 Report and Recommendation and granting defendant's 52 Motion for Partial Summary Judgment and Mr. Stebbins' two Motions for Partial Summary Judgment 37 and 58 are denied; further ordered that defendant's 73 Second Motion for Partial Summary Judgment is granted and Mr. Stebbins' 83 Motion to Non−Suit is denied; further ordered that Mr. Stebbins' case is dismissed with prejudice and each |

| | | | |
|---|---|---|---|
| | | | party is to bear its own costs and fees. Signed by Honorable P. K. Holmes, III on November 6, 2012. (rw) (Entered: 11/06/2012) |
| 12/03/2012 | 90 | | NOTICE OF APPEAL as to 89 Judgment, by David Stebbins. (cc via CM/ECF: Don Allen Taylor and J. David Dixon, via U.S. Postal Service: David Stebbins ) (lw) (Entered: 12/03/2012) |
| 12/03/2012 | 91 | | MOTION for Leave to Appeal in forma pauperis by David Stebbins. (lw) (Entered: 12/03/2012) |
| 12/03/2012 | | | MOTIONS REFERRED: 91 MOTION for Leave to Appeal in forma pauperis. Motions referred to Honorable James R. Marschewski.(lw) (Entered: 12/03/2012) |
| 12/03/2012 | 92 | | APPEAL NOTICE to Counsel and Pro Se Parties re 90 Notice of Appeal filed by David Stebbins. (lw) (Entered: 12/03/2012) |
| 12/06/2012 | 93 | | ORDER granting 91 Motion for Leave to Appeal in forma pauperis.. Signed by Honorable James R. Marschewski on December 6, 2012. (rw) (Entered: 12/06/2012) |
| 12/14/2012 | 94 | | NOA SUPPLEMENT FORM re 90 Notice of Appeal filed by David Stebbins. (jn) (Entered: 12/14/2012) |
| 12/18/2012 | 95 | | USCA Scheduling Order as to 90 Notice of Appeal filed by David Stebbins. Case Appealed to 8th Circuit Court of Appeals Case Number 12–3981. (Attachments: # 1 Cover Letter)(lw) (Entered: 12/18/2012) |
| 06/12/2013 | 96 | | MANDATE of USCA affirming district court decision as to 90 Notice of Appeal filed by David Stebbins (Attachments: # 1 USCA Opinion, # 2 USCA Judgment, # 3 USCA Letter)(jn) (Entered: 06/12/2013) |
| 07/02/2013 | 97 | | MOTION to Set Aside Judgment and to Disqualify Judge by David Stebbins. (rw) (Entered: 07/02/2013) |
| 07/03/2013 | 98 | 10 | ORDER DENYING 97 Motion to Set Aside Judgment.and DENYING 97 Motion to Disqualify Judge. Signed by Honorable P. K. Holmes, III on July 3, 2013. Copy of order mailed to non CM/ECF participant. (jas) (Entered: 07/03/2013) |
| 07/16/2013 | 99 | 12 | NOTICE OF APPEAL as to 98 Order on Motion to Set Aside Judgment, Order on Motion to Disqualify Judge by David Stebbins. (cc via CM/ECF: J. David Dixon, Don Taylor; via U.S. Postal Service: David Stebbins ) (Attachments: # 1 Application to proceed IFP)(jn) (Entered: 07/16/2013) |
| 07/16/2013 | 100 | | APPEAL NOTICE to Counsel and Pro Se Parties re 99 Notice of Appeal, filed by David Stebbins. (jn) (Entered: 07/16/2013) |
| 07/16/2013 | 101 | 19 | NOA SUPPLEMENT FORM re 99 Notice of Appeal, filed by David Stebbins. (jn) (Entered: 07/16/2013) |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                                    PLAINTIFF

v.                                    Case No. 3:11-CV-03057

LEGAL AID OF ARKANSAS                                                                       DEFENDANT

**O R D E R**

Currently before the Court is Plaintiff David Stebbins's Motion to Set Aside Judgment and to Disqualify Judge. (Doc. 97).

The Court, having reviewed Mr. Stebbins's motion, finds that it should be denied. Mr. Stebbins argues that Magistrate Judge James Marschewski has demonstrated an animus against him be entering a report and recommendation in various of Mr. Stebbins's other cases filed in this District, recommending that Mr. Stebbins not be granted leave to proceed *in forma pauperis*. The Court cannot find that those reports and recommendations are evidence of an animus held by Judge Marschewski against Mr. Stebbins. Rather, they are Judge Marschewski's recommendations to this Court based on his review of the applicable law. The fact that Mr. Stebbins disagrees with or does not like Judge Marschewski's recommendations does not create grounds for disqualification. Mr. Stebbins has filed objections to those reports and recommendations, which will be considered by the Court.

Furthermore, this case was extensively litigated by the parties. Judgment was entered in favor of the Defendant, and that judgment has now been upheld on appeal. This case is closed. The Court finds that Mr. Stebbins has not provided a sufficient reason, under Federal Rule of Civil Procedure 60(b), for setting aside the judgment in this case.

IT IS THEREFORE ORDERED that Mr. Stebbins's Motion to Set Aside Judgment and to Disqualify Judge (Doc. 97) is DENIED.

IT IS SO ORDERED this 3rd day of July, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 16 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**                        **PLAINTIFF**

VS                CASE NO. 11-3057

**LEGAL AID OF ARKANSAS**               **DEFENDANTS**

### NOTICE OF APPEAL

Plaintiff David Stebbins, *pro se*, hereby submits the following Notice of Appeal in the above-styled action:

The Court abused its discretion in refusing to recuse itself from the proceedings.

So notified this 15th day of July, 2013.

/s/ David Stebbins

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com



U.S. COURT OF APPEALS - EIGHTH CIRCUIT
**NOA SUPPLEMENT**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  HARRISON  DIVISION

**11-3057  STEBBINS  vs.  LEGAL AID OF ARKANSAS**

Length of Trial:          **NONE**

Financial Status:    Fee Paid?                                              Yes         No **XX**

        If NO, has IFP been granted?                    Yes **XX**     No

        Is there a pending motion for IFP?             Yes        No

Are there any other post-judgment motions?                Yes        No **XX**

Please identify the court reporter.

    If no court reporter, please check  **XXXX**

    Name
    Address

Telephone Number

**CRIMINAL CASES ONLY:**
    Is the defendant incarcerated?                              Yes   No
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.


SPECIAL COMMENTS: