APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. 13-2548

David Stebbins

vs.

Legal Aid of Arkansas

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Legal Aid of Arkansas

s/ Constance G. Clark
**ATTORNEY NAME**

Davis Law Firm
**FIRM NAME**

P.O. Box 1688
**STREET or P.O. BOX**

Fayetteville, AR 72702-1688
**CITY, STATE, ZIP**

(479) 521-7600
**OFFICE PHONE NUMBER**

(479) 521-7661
**FACSIMILE NUMBER**

cclark@davis-firm.com
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

✓ I hereby certify that on July 18, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

✓ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
Mr. David Stebbins, 123 W. Ridge Street, Apt. D, Harrison, AR 72601

s/ Constance G. Clark