# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2548

David Anthony Stebbins

Appellant

v.

Legal Aid of Arkansas

Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:11-cv-03057-PKH)
_____

**ORDER**

Appellant's motion for a stay is denied. Appellant's alternative motion for an extension of time to file his brief is granted to September 16, 2013.

August 20, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans