13-2548  David Stebbins v. Legal Aid of Arkansas

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/09/2013

**Case Name:**    David Stebbins v. Legal Aid of Arkansas
**Case Number:**  13-2548

**Docket Text:**
**BRIEF FILED** - APPELLEE BRIEF filed by Legal Aid of Arkansas, w/service 10/07/2013 , Length: 18 pages
**10 COPIES OF PAPER BRIEFS FROM Legal Aid of Arkansas due 10/15/2013 WITH revised certificate of service for paper briefs**
. Reply brief of David Anthony Stebbins due on 10/23/2013. [4084078] [13-2548]

**The following document(s) are associated with this transaction:**
Document Description:  Appellee Brief 13-2548

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Constance G. Clark: cclark@davis-firm.com, jrouse@davis-firm.com,federalfiling@davis-firm.com
Mr. J. David Dixon: ddixon@davis-firm.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Don A. Taylor: dtaylor@davis-firm.com, lkeys@davis-firm.com