# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/10/2013

**Case Name:** David Stebbins v. Legal Aid of Arkansas
**Case Number:** 13-2548

**Docket Text:**
Paper copies Appellee/Respondent brief, [4084078-2] filed by Legal Aid of Arkansas 10 paper copies received.
[4084788] [13-2548]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Ms. Constance G. Clark: cclark@davis-firm.com, jrouse@davis-firm.com,federalfiling@davis-firm.com
Mr. J. David Dixon: ddixon@davis-firm.com
Mr. Don A. Taylor: dtaylor@davis-firm.com, lkeys@davis-firm.com