IN THE UNITED STATES COURT FO APPEALS
FOR THE EIGHTH CIRCIUT

DAVID STEBBINS                         APPELLANT

VS                    CASE NO. 13-2548

LEGAL AID OF ARKANSAS                DEFENDANTS

### MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFING

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to File his Reply Briefing.

1. The Appellees filed their Responsive Briefing on October 7, 2013. This Court accepted this briefing on October 9, 2013 and gave Appellant until today to file his Reply.

2. Appellant has been swamped with cases in state court that required more immediate attention. In addition, new developments have arisen which cannot be delayed.

3. Appellant asks the Court to give Plaintiff until November 6, 2013 to file his reply briefing.

4. So requested this 23rd day of October, 2013.

/s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

FILED
OCT 23 2013
MICHAEL GANS
CLERK

FAX RECEIVED
U.S. COURT OF APPEALS
FOR THE EIGHTH CIRCUIT