# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2548

David Anthony Stebbins

Appellant

v.

Legal Aid of Arkansas

Appellee

___

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:11-cv-03057-PKH)
___

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until November 6, 2013 to file the brief.

October 23, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
/s/ Michael E. Gans