# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 11/06/2013

**Case Name:** David Stebbins v. Legal Aid of Arkansas
**Case Number:** 13-2548

**Docket Text:**
**BRIEF FILED** - APPELLANT REPLY BRIEF filed by Mr. David Anthony Stebbins. w/service 11/06/2013 , Length: 7 pages - 5 copies
[4093502] [13-2548]

**The following document(s) are associated with this transaction:**
Document Description:  Brief filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Constance G. Clark: cclark@davis-firm.com, jrouse@davis-firm.com,federalfiling@davis-firm.com
Mr. J. David Dixon: ddixon@davis-firm.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Don A. Taylor: dtaylor@davis-firm.com, lkeys@davis-firm.com