United States Court of Appeals

For the Eighth Circuit

_____

No. 13-2548
_____

David Anthony Stebbins

*Plaintiff - Appellant*

v.

Legal Aid of Arkansas

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: December 4, 2013
Filed: December 9, 2013
[Unpublished]

_____

Before WOLLMAN, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

     David Stebbins appeals the district court's[1] denial of his motion to set aside judgment on the ground of judicial bias. After careful review, we hold that the court

---

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

Appellate Case: 13-2548     Page: 1     Date Filed: 12/09/2013 Entry ID: 4103393

did not abuse its discretion in denying the motion because no exceptional circumstances warranted relief from the judgment, see Harley v. Zoesch, 413 F.3d 866, 871 (8th Cir. 2005) (standard for granting Fed. R. Civ. P. 60(b)(6) motion), and Stebbins did not make a showing of judicial bias by pointing to adverse rulings in other cases he has brought, see Am. Prairie Constr. Co. v. Hoich, 560 F.3d 780, 789-90 (8th Cir. 2009) (movant bears substantial burden of proving judicial partiality); see also In re Tyler, 839 F.2d 1290, 1290-91, 1295 (8th Cir. 1988) (per curiam) (court has discretion to place reasonable filing restrictions on litigant who flagrantly and repeatedly abuses judicial process by filing numerous meritless lawsuits).

      Accordingly, we affirm. See 8th Cir. R. 47B.

_____