**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

_____

No: 13-2548
_____

David Anthony Stebbins

    Plaintiff - Appellant

    v.

Legal Aid of Arkansas

    Defendant - Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:11-cv-03057-PKH)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

December 09, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans